IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 22-cv-186-KDB-DSC

| | |
|---|---|
| GABRIELA DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE GENERAL<br>INSURANCE COMPANY<br><br>    Defendant. | **ORDER GRANTING JOINT MOTION TO<br>STAY CASE PENDING ARBITRATION** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay the Case Pending Arbitration (document #6) under the terms of the subject insurance policy. Upon review of the Motion and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The parties are **ORDERED** to arbitrate their dispute in accordance with their agreement.

3. This matter is **STAYED** pending arbitration and further orders of the Court.

4. The parties shall file status updates ninety days from the date of this Order and every ninety days thereafter.

5. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED.**    Signed: June 16, 2022

_____
David S. Cayer
United States Magistrate Judge